I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  /S/Jennifer Smolinski
Deputy Clerk

A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on May 22, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

May 06, 2009

FILED
CLERK'S OFFICE

IN RE: HEPARIN PRODUCTS
LIABILITY LITIGATION

    Alison Skamangas v. Valleycare Health System, et al.,    )
        N.D. California, C.A. No. 3:09-1534    )    MDL No. 1953

## CONDITIONAL TRANSFER ORDER (CTO-19)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On June 6, 2008, the Panel transferred two civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 559 F.Supp.2d 1403 (J.P.M.L. 2008).  Since that time, 37 additional actions have been transferred to the Northern District of Ohio.  With the consent of that court, all such actions have been assigned to the Honorable James G. Carr.

It appears that the action on this conditional transfer order involves claims relating to: (1) the prescription drug Heparin, which involves questions of fact that are common to the previously transferred MDL No. 1953 actions; and (2) other medical negligence claims against defendants Valleycare Health System, Physician's Emergency Medical Group, Douglas Youshida, M.D., Bay Area Cardiology Medical Group and Donald Lai, M.D., that do not involve such common questions of fact.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 6, 2008, and, with the consent of that court, assigned to the Honorable James G. Carr.

The other medical negligence claims against defendants Valleycare Health System, Physician's Emergency Medical Group, Douglas Youshida, M.D., Bay Area Cardiology Medical Group and Donald Lai, M.D., are hereby separated and simultaneously remanded, under 28 U.S.C. §1407(a), to the Northern District of California.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 22, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel