IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON SKAMANGAS, | No. C 09-01534 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |
| v. | |
| VALLEYCARE HEALTH SYSTEM, et al. | |
| Defendants. | |

Plaintiff has filed a motion to remand this action to Alameda County Superior Court. Three defendants have joined the motion. The Court agrees with these parties that there no longer appears to be any basis for federal jurisdiction in this case. Any defendant opposing plaintiff's motion shall file a brief stating why this case should not be remanded to state court by **July 29, 2009**. In the absence of any such filing, the Court will grant plaintiff's motion. **Plaintiff shall serve this order on all defendants that have not joined plaintiff's motion.**

**IT IS SO ORDERED.**

Dated: July 16, 2009

SUSAN ILLSTON
United States District Judge